THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
LES JANKEY
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FIVE HAPPINESS RESTAURANT INC., a California corporation; WILLIAM P. YANG and MEI-MEI KOO YANG, husband and wife as community property,<br><br>Defendants. | CASE NO. CV-08-2733-MMC<br><br>RETURN OF SERVICE RE DEFENDANTS FIVE HAPPINESS RESTAURANT INC., a California corporation; WILLIAM P. YANG and MEI-MEI KOO YANG, husband and wife as community property |

RETURN OF SERVICE RE DEFENDANTS FIVE HAPPINESS RESTAURANT INC., a California corporation; WILLIAM P. YANG and MEI-MEI KOO YANG, husband and wife as community property

1

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | | |
| Attorney for: Plaintiff | Ref. No. or File No<br>5 HAPPINESS RESAURANT | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: LES JANKEY, et al.
Defendant: FIVE HAPPINESS RESTAURANT, INC., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2733 MMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHTS OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED JUNE 19, 2008.

3. a. Party served:       FIVE HAPPINESS RESTAURANT, INC., a California corporation
   b. Person served:     HON-YIN YANG, AGENT FOR SERVICE

4. Address where the party was served:    4142 GEARY BOULEVARD
                                           SAN FRANCISCO, CA 94118

5. I served the party:
   b by substituted service. On: Wed., Jun. 25, 2008 at: 11:52AM by leaving the copies with or in the presence of:
   JOHN CHEN, PERSON IN CHARGE
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER                              d. The Fee for Service was:
                                                   e. I am: (3) registered California process server
   First Legal Support Services                       (i)   Independent Contractor
   ATTORNEY SERVICES                                  (ii)  Registration No.:    190
   1138 HOWARD STREET                                 (iii) County:              Marin
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 26, 2008

                                                                    (DOUG SCHROEDER)
Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL                            6426544.thofi-fg.142811

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No 415-674-8600   FAX No: 415-674-9900 | |
| Ref No or File No.:<br>5 HAPPINESS RESAURANT | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff LES JANKEY, et al. | |
| Defendant FIVE HAPPINESS RESTAURANT, INC., et al | |

| PROOF OF SERVICE<br>By Mail | Hearing Date | Time: | Dept/Div | Case Number<br>CV 08 2733 MMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHTS OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED JUNE 19, 2008

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a  Date of Mailing.         Thu , Jun  26, 2008
   b. Place of Mailing·        SAN FRANCISCO, CA  94103
   c. Addressed as follows.    FIVE HAPPINESS RESTAURANT, INC., a California corporation
                               4142 GEARY BOULEVARD
                               SAN FRANCISCO, CA  94118

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jun 26, 2008 in the ordinary course of business.

5. Person Serving:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a AARON DANIEL                              d. The Fee for Service was:
   b. FIRST LEGAL SUPPORT SERVICES             e  I am: (3) registered California process server
      1138 HOWARD STREET                            (i)    Independent Contractor
      SAN FRANCISCO, CA  94103                     (ii)   Registration No.:    2008-0001059
   c. 415-626-3111                                  (iii)  County:              San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date:Thu, Jun. 26, 2008

   Judicial Council Form                   PROOF OF SERVICE              (AARON DANIEL)
   Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail                 6426544.thofr-fg.142811

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903<br>Telephone No: 415-444-5800   FAX No: 415-674-9900 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>5 HAPPINESS RESAURANT |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: LES JANKEY, et al.
Defendant: FIVE HAPPINESS RESTAURANT, INC., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2733 MMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET, WELCOME TO THE U S. DISTRICT COURT, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHTS OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED JUNE 19, 2008.

3. a. Party served: WILLIAM P. YANG and MEI-MEI KOO YANG, husband and wife as community property
   b. Person served: WILLIAM P YANG

4. Address where the party was served: 646 LOS PALMOS DRIVE
   SAN FRANCISCO, CA 94118

5. I served the party
   b. by substituted service. On: Thu., Jul. 10, 2008 at 9:50PM by leaving the copies with or in the presence of:
   MEI-MEI KOO YANG, ON BEHALF OF WILLIAM P YANG
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TONY LOWE
   
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331
   
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2008-0001046
      (iii) County: San Francisco
      (iv) Expiration Date: Sun, Feb. 14, 2010

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Jul. 11, 2008

(TONY LOWE)

Judicial Council Form   PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL   6426541.thofi-fg.142814

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414 THE FRANKOVICH GROUP 4328 REDWOOD HIGHWAY SUITE 300 SAN RAFAEL, CA 94903 Telephone No: 415-444-5800   FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| | Ref. No or File No.: 5 HAPPINESS RESAURANT |
| Insert name of Court, and Judicial District and Branch Court United States District Court Northern District Of California | |
| Plaintiff: LES JANKEY, et al. | |
| Defendant: FIVE HAPPINESS RESTAURANT, INC., et al. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date | Time | Dept/Div | Case Number: CV 08 2733 MMC |
|---|---|---|---|---|

1. I, TONY LOWE, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant WILLIAM P YANG and MEI-MEI KOO YANG, husband and wife as community property as follows:

2. Documents: Summons In A Civil Action Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Scheduling Order For Cases Asserting Denial Of Rights Of Access Under Americans With Disabilities Act Title Iii; Ecf Registration Information Handout; Letter Dated June 19, 2008..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/23/08 | 8:45pm | Home | NO ANSWER. DOOR TO HOUSE IS AJAR. Attempt made by: ANDY ESQUER Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118 |
| Thu | 06/26/08 | 6:45am | Home | NO ANSWER. NO ACTIVITY. Attempt made by: ANDY ESQUER. Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118 |
| Tue | 07/01/08 | 1:40pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: ANDY ESQUER. Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118. |
| Thu | 07/03/08 | 4:00pm | Home | PER AN ASIAN FEMALE TENANT, THE SUBJECT IS NOT IN AT THIS TIME. Attempt made by: TONY LOWE. Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118. |
| Sat | 07/05/08 | 2:40pm | Home | PER THE SAME TENANT, THE SUBJECT IS NOT HOME. NO OTHER INFORMATION WAS GIVEN. Attempt made by: TONY LOWE. Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118 |
| Sun | 07/06/08 | 11:00am | Home | NO ANSWER. NO CARS NO ACTIVITY. Attempt made by: TONY LOWE Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118. |
| Wed | 07/09/08 | 8:00pm | Home | NO ANSWER. Attempt made by: TONY LOWE. Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118. |

Page Number 1
Date: Fri, Jul. 11, 2008          **AFFIDAVIT OF REASONABLE DILIGENCE**          6426541.fragr-sf 142814

| Attorney or Party without Attorney:<br>THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903<br>Telephone No: 415-444-5800   FAX. No. 415-674-9900 | For Court Use Only |
|---|---|
| Ref No or File No.:<br>5 HAPPINESS RESAURANT | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: LES JANKEY, et al
Defendant: FIVE HAPPINESS RESTAURANT, INC., et al.

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2733 MMC |
|---|---|---|---|---|

SUMMONS IN A CIVIL

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 07/10/08 | 9:50pm | Home | Substituted Service on: WILLIAM P. YANG and MEI-MEI KOO YANG, husband and wife as community property Home - 646 LOS PALMOS DRIVE SAN FRANCISCO, CA. 94118 by Serving: WILLIAM P. YANG Competent Member of the Household over 18 by leaving a copy of the document(s) with: MEI-MEI KOO YANG, ON BEHALF OF WILLIAM P YANG  Served by: TONY LOWE |
| Fri | 07/11/08 | | | Mailed copy of Documents to: WILLIAM P. YANG and MEI-MEI KOO YANG, husband and wife as community property |

3. Person Executing
  a. TONY LOWE
  b. FIRST LEGAL SUPPORT SERVICES
     1138 HOWARD STREET
     SAN FRANCISCO, CA 94103
  c.

Recoverable Costs Per CCP 1033.5(a)(4)(B)
  d. The Fee for service was:
  e. I am: (3) registered California process server
     (i) Independent Contractor
     (ii) Registration No.: 2008-0001046
     (iii) County: San Francisco
     (iv) Expiration Date: Sun, Feb. 14, 2010

4  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Page Number 2

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903 | |
| Telephone No: 415-444-5800   FAX No: 415-674-9900 | |
| | Ref No or File No.:<br>5 HAPPINESS RESAURANT |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: LES JANKEY, et al | |
| Defendant: FIVE HAPPINESS RESTAURANT, INC., et al. | |

| PROOF OF SERVICE<br>By Mail | Hearing Date | Time | Dept/Div | Case Number<br>CV 08 2733 MMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U S DISTRICT COURT, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHTS OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED JUNE 19, 2008.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:          Fri., Jul. 11, 2008
   b. Place of Mailing:         SAN FRANCISCO, CA 94103
   c. Addressed as follows:     WILLIAM P. YANG and MEI-MEI KOO YANG, husband and wife as community
                                property
                                646 LOS PALMOS DRIVE
                                SAN FRANCISCO, CA 94118

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U S Postal Service on Fri., Jul. 11, 2008 in the ordinary course of business

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033 5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   2008-0001059
      (iii) County:              San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Jul. 11, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(AARON DANIEL)
6426541.thofr-fg.142814

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903 | | |
| Telephone No: 415-444-5800  FAX No: 415-674-9900 | | |
| | Ref. No. or File No.:<br>5 HAPPINESS RESAURANT | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: LES JANKEY, et al.
Defendant: FIVE HAPPINESS RESTAURANT, INC., et al.

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date | Time: | Dept/Div: | Case Number:<br>CV 08 2733 MMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the SUMMONS IN A CIVIL ACTION COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHTS OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED JUNE 19, 2008.

3. a. Party served:  WILLIAM P. YANG and MEI-MEI KOO YANG, husband and wife as community property
   b. Person served: MEI-MEI KOO YANG

4. Address where the party was served:  646 LOS PALMOS DRIVE
   SAN FRANCISCO, CA 94118

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 10, 2008 (2) at: 9:50PM

7. Person Who Served Papers:     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TONY LOWE
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2008-0001046
      (iii) County: San Francisco
      (iv) Expiration Date: Sun, Feb. 14, 2010

First Legal Support Services
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Jul. 11, 2008

(TONY LOWE)

Judicial Council Form             PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL                    6426543 thofr-fg.142815

| Attorney or Party without Attorney: <br> THOMAS E. FRANKOVICH, Bar #74414 <br> THE FRANKOVICH GROUP <br> 4328 REDWOOD HIGHWAY <br> SUITE 300 <br> SAN RAFAEL, CA 94903 <br> Telephone No: 415-444-5800   FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Ref No or File No <br> 5 HAPPINESS RESAURANT | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | |
| Plaintiff: LES JANKEY, et al. <br> Defendant: FIVE HAPPINESS RESTAURANT, INC., et al. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date | Time | Dept/Div: | Case Number: <br> CV 08 2733 MMC |
|---|---|---|---|---|

1. I, TONY LOWE, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant WILLIAM P. YANG and MEI-MEI KOO YANG, husband and wife as community property as follows

2. Documents: Summons In A Civil Action Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Scheduling Order For Cases Asserting Denial Of Rights Of Access Under Americans With Disabilities Act Title Iii; Ecf Registration Information Handout; Letter Dated June 19, 2008..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/23/08 | 8:45pm | Home | NO ANSWER. DOOR TO HOUSE IS AJAR Attempt made by: ANDY ESQUER. Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118. |
| Thu | 06/26/08 | 6:45am | Home | NO ANSWER. NO ACTIVITY. Attempt made by: ANDY ESQUER. Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118. |
| Tue | 07/01/08 | 1:40pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: ANDY ESQUER. Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118. |
| Thu | 07/03/08 | 4:00pm | Home | PER AN ASIAN FEMALE TENANT, THE SUBJECT IS NOT IN AT THIS TIME. Attempt made by: TONY LOWE Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118. |
| Sat | 07/05/08 | 2:40pm | Home | PER THE SAME TENANT, THE SUBJECT IS NOT HOME. NO OTHER INFORMATION WAS GIVEN. Attempt made by: TONY LOWE Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118. |
| Sun | 07/06/08 | 11:00am | Home | NO ANSWER NO CARS. NO ACTIVITY. Attempt made by: TONY LOWE. Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118 |
| Wed | 07/09/08 | 8:00pm | Home | NO ANSWER Attempt made by: TONY LOWE. Attempt at: 646 LOS PALMOS DRIVE SAN FRANCISCO CA 94118. |

Page Number 1
Date: Fri, Jul. 11, 2008        **AFFIDAVIT OF REASONABLE DILIGENCE**        6426543.fragr-sf.142815

| Attorney or Party without Attorney | | | | | For Court Use Only |
|---|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903 | | | | | |
| Telephone No: 415-444-5800  FAX: No: 415-674-9900 | | | Ref. No or File No<br>5 HAPPINESS RESAURANT | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | | |
| Plaintiff: LES JANKEY, et al. | | | | | |
| Defendant: FIVE HAPPINESS RESTAURANT, INC., et al | | | | | |
| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | Hearing Date: | | Time: | Dept/Div | Case Number:<br>CV 08 2733 MMC |

SUMMONS IN A CIVIL

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 07/10/08 | 9 50pm | Home | Personal Service on: WILLIAM P. YANG and MEI-MEI KOO YANG, husband and wife as community property Home - 646 LOS PALMOS DRIVE SAN FRANCISCO, CA. 94118  by Serving: MEI-MEI KOO YANG.  Served by  TONY LOWE |

3. Person Executing
   a. TONY LOWE
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am. (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No ·      2008-0001046
   (iii) County                San Francisco
   (iv) Expiration Date        Sun, Feb. 14, 2010

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Page Number 2

**CERTIFICATE OR PROOF OF SERVICE**

State of California     )
                        ) ss
County of Marin         )

I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United States and a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA 94903; that on the below date, following normal business practice, I served the foregoing document, described as:

**RETURN OF SERVICE RE DEFENDANTS FIVE HAPPINESS RESTAURANT INC., a California corporation; WILLIAM P. YANG and MEI-MEI KOO YANG, husband and wife as community property**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒ in first class U.S. Mail
  ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

**Renée Welze Livingston
Livingston Law Firm
1600 South Main Street, Suite 280
Walnut Creek, CA 94596**

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on August 26, 2008, at San Rafael, California.

_____
Armetrice Cooper
(Original signed)