1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5

   Attorneys for Plaintiffs
6  LES JANKEY
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 LES JANKEY, an individual; and           )  **CASE NO. CV-08-2733-MMC**
   DISABILITY RIGHTS, ENFORCEMENT,          )
12 EDUCATION, SERVICES:HELPING YOU          )  **NOTICE OF CHANGE OF FIRM**
   HELP OTHERS, a California public benefit )  **ADDRESS**
13 corporation,                             )
                                            )
14         Plaintiffs,                      )
                                            )
15 v.                                       )
                                            )
16 FIVE HAPPINESS RESTAURANT INC., a        )
   California corporation; WILLIAM P. YANG  )
17 and MEI-MEI KOO YANG, husband and        )
   wife as community property,              )
18                                          )
           Defendants.                      )
19 _____)

20

21         **TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

NOTICE OF CHANGE OF FIRM ADDRESS                                              1

1  PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*,

2  has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the

3  following:        **4328 Redwood Hwy, Suite 300**

4                  **San Rafael, California, 94903**

5  The telephone number and fax number remain the same.

6

7  Dated: August 27, 2008          THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*
8

9                                   By: _____/S/_____
                                         THOMAS E. FRANKOVICH
10                                       Attorneys for Plaintiffs

NOTICE OF CHANGE OF FIRM ADDRESS                                                              2