1  Renée Welze Livingston (SBN 124280)
   Jason G. Gong (SBN 181298)
2  LIVINGSTON LAW FIRM
   A Professional Corporation
3  1600 South Main Street, Suite 280
   Walnut Creek, CA  94596
4  Tel:  (925) 952-9880
   Fax: (925) 952-9881
5
   Attorneys for Defendants
6  FIVE HAPPINESS RESTAURANT, INC.,
   WILLIAM P. YANG and MEI-MEI KOO YANG
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  LES JANKEY, an individual; and              )  Case No. CV 08-02733 MMC
    DISABILITY RIGHTS, ENFORCEMENT,             )
12  EDUCATION, SERVICES: HELPING                )
    YOU HELP OTHERS, a California public        )  **DEFENDANTS FIVE HAPPINESS**
13  benefit corporation,                        )  **RESTAURANT, INC., WILLIAM P.**
                                                )  **YANG and MEI-MEI KOO YANG'S**
14                  Plaintiffs,                 )  **CERTIFICATION OF INTERESTED**
                                                )  **ENTITIES OR PERSONS**
15          vs.                                 )  **(CIV. L.R. 3-16)**
                                                )
16  FIVE HAPPINESS RESTAURANT, INC.,            )
    a California corporation; WILLIAM P.        )
17  YANG and MEI-MEI KOO YANG,                  )
    husband and wife as community property,     )  Complaint Filed:  May 30, 2008
18                                              )
                    Defendants.                 )
19                                              )
                                                )
20

21          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

22  named parties, there is no such interest to report.

23  Dated:  September 3, 2008                        LIVINGSTON LAW FIRM
24
25                                              By_____
                                                   Jason G. Gong
26                                                 Attorneys for Defendants
                                                   FIVE HAPPINESS RESTAURANT, INC.,
27                                                 WILLIAM P. YANG and MEI-MEI KOO
                                                   YANG
28

---

*Jankey v. Five Happiness Restaurant, Inc., et al.*-Case No. CV 08-02733 MMC
Defendants Five Happiness Restaurant, Inc., William P. Yang and Mei-Mei Koo Yang's Certification of Interested
Entities or Persons

                                                1