IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, et al., | No. C-08-2733 MMC MED |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| v. | |
| FIVE HAPPINESS RESTAURANT INC., et al., | |
| Defendants / | |

By order filed May 30, 2008, plaintiffs were ordered to file, no later than seven calendar days after the parties' mediation, a Motion for Administrative Relief Requesting Case Management Conference. (See Scheduling Order for Cases Asserting Denial Of Right of Access Under Americans With Disabilities Act Title III, filed May 30, 2008.) The docket reflects that the parties' mediation occurred on November 13, 2009. To date, plaintiffs have not filed a Motion for Administrative Relief Requesting Case Management Conference.

Accordingly, plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and no later than January 15, 2010, why the above-titled action should not be dismissed for failure to prosecute. In the event plaintiffs file a Motion for Administrative Relief Requesting Case Management Conference on or before January 15, 2010, this Order to Show Cause will stand discharged without further order of the Court.

**IT IS SO ORDERED.**

Dated: December 29, 2009

MAXINE M. CHESNEY
United States District Judge